AO 83 (Rev. 08/11)  Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br><br>MISTY DAWN WOODY<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 8:26cr519 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Carroll A. Campbell Courthouse<br>250 E North Street<br>Greenville, SC 29601 | Courtroom No.: #3200 |
| | Date and Time: 06/24/2026 at 9:45 a.m. |

This offense is briefly described as follows:

Title 18, United States Code, Section 2
Title 18, United States Code, Section 1035
Title 18, United States Code, Section 982(a)(7)
Title 28, United States Code, Section 2461(c)

Date: 6/9/2026

*Jenny Smith, Deputy Clerk*
Issuing officer's signature

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

### RETURN OF SERVICE

I declare under penalty of perjury that I have:

☒ Executed and returned this summons
    ☐ Certified Mailed _____
    ☐ Signed Receipt Date _____
    ☐ Signed by _____

☐ Returned this summons unexecuted
    ☐ Certified Mailed _____
    ☐ No Response _____
    ☐ Defendant Appeared    ☐ Defendant Failed to Appear

Date: 06/11/2026

*Server's signature*

Ryan Schubert, SA

*Printed name and title*